STATE of Missouri, Respondent,

v.

**Vicki Marlene PHELPS, Appellant.**

**No. 47491.**

Missouri Court of Appeals,
Eastern District, N.D.

June 29, 1984.

Jules V. DeCoster, Public Defender, Monticello, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, for respondent.

**ORDER**

PER CURIAM.

Defendant was convicted of first degree robbery, a violation of § 569.020, RSMo. 1978 and sentenced to a term of fifteen years and armed criminal action, a violation of § 571.015, RSMo.1978 for which a concurrent term of five years was imposed. The judgment is affirmed in accordance with Rule 30.25(b).